No. 247, Misc.   JOHNSON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.   Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 336, Misc.   SCHINDLER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 373, Misc.   BANNING *v.* LOONEY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 382, Misc.   GRAZIANO *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 386, Misc.   STEVENS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 389, Misc.   MUSKUS *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Ralph W. Ross* for petitioner. *John Rossetti* for respondent.

No. 391, Misc.   COLLINS *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 397, Misc.   THOMAS *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 408, Misc.   GRAMMER *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.   *Joseph Sher-*